**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7203

In Re:  KENNETH W. BATES,

Petitioner.

On Petition for Writ of Mandamus.
(CR-00-508)

Submitted:  November 22, 2005          Decided:  December 7, 2005

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kenneth W. Bates, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth W. Bates petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion filed under 18 U.S.C.A. § 3582 (West 2000 & Supp. 2005) and Fed. R. Crim. P. 35(b). He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant permission to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED